PEOPLE ex rel. JOHN SEINFELD, Appellant, against HARRIS M. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Submitted January 6, 1941; decided January 7, 1941.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion to dismiss appeal and in opposition to motion for enlargement of time.

*Julius Hahn* for motion for enlargement of time and in opposition to motion to dismiss appeal.

Motion for enlargement of time to file return denied unless appellant files the return and pays ten dollars costs within twenty days, in which event the motion is granted.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion, unless conditions for enlargement of time are complied with, in which event the motion is denied.